# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

JOHN W. FRAZIER                                                                                                    PLAINTIFF

v.                                               2:20-cv-00215-JM-JJV

UNITED STATE OF AMERICA; *et al.*                                                               DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his inadequate medical care claim against Defendants Poynor, Wingo, Obi-Okoye, Yates, Wooten, Langley, Cook, Phillips, Hill, Garbarini, and Kapur.

2. Defendants United States of America and Does are DISMISSED without prejudice as parties to this lawsuit.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 22nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE