# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

JOHN W. FRAZIER,
Reg. #19124-033                                                                          PLAINTIFF

v.                              2:20-cv-00215-JM-JJV

UNITED STATES OF AMERICA; *et al.*                                            DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant Gabarini's Motion to Dismiss (Doc. No. 41) is GRANTED, Plaintiff's claims against him are DISMISSED WITH PREJUDICE, and he is DISMISSED WITH PREJUDICE as a party to this lawsuit.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 30th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE