IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| JOHN W. FRAZIER, REG. #19124-033 | * * * | |
| Plaintiff, | * | |
| v. | * | No. 2:20-cv-00215-JJV |
| | * | |
| RYAN POYNOR, Assistant Health Services Administrator, *et al.* | * * * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Orders entered today and previously, it is considered, ordered, and adjudged that Plaintiff's claims are DISMISSED, and this case is CLOSED. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 12th day of August 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE